

# Fourth Court of Appeals
## San Antonio, Texas

December 22, 2016

No. 04-16-00667-CV

Thomas **KING**,
Appellant

v.

**OAK RIDGE APARTMENTS**,
Appellee

From the County Court at Law No. 3, Bexar County, Texas
Trial Court No. 2016CV04897
Honorable David J. Rodriguez, Judge Presiding

# O R D E R

The appellant's motion for extension of time to file brief is hereby GRANTED. Time is extended to January 4, 2017. **NO FURTHER EXTENSIONS OF TIME WILL BE ALLOWED.**

_____
Jason Pulliam, Justice

IN WITNESS WHEREOF, I have hereunto set my hand and affixed the seal of the said court on this 22nd day of December, 2016.

_____
Keith E. Hottle
Clerk of Court